UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: Amr O. Aly      SDNY Bar Code: AA7749

Firm/Company Name: Jenner & Block LLP

Address: 1155 Avenue of the Americas

City: New York    State: NY    Zip: 10036-2711

Phone: (212) 407 ---- 1774    Email: AAly@jenner.com

Date of Admission to the Southern District of NY: 10/28/1997

Requesting:  ☑ Certificate    ☐ Wall Certificate

Signature of Attorney: /s/ Amr O. Aly

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[ PRINT ]