UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

**File this request form in**

**miscellaneous case number 1:22-mc-2**

**ATTORNEY INFORMATION**

Full Name: Joelle Anne Milov        SDNY Bar Code: JM 0507

Firm/Company Name: Cowan, Liebowitz & Latman, P.C.

Address: 114 West 47th Street, 21st Floor

City: New York        State: NY        Zip: 10036

Phone: (212) 790-9200        Email: jam@cll.com

Date of Admission to the Southern District of NY: October 2013

Requesting:   [✓] Certificate        [ ] Wall Certificate

Signature of Attorney: _/s/ Joelle Milov_

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[ PRINT ]