**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: Christopher R. Carton
SDNY Bar Code: 5611090
Firm/Company Name: Bowman and Brooke LLP
Address: 317 George Street, Suite 320
City: New Brunswick
State: New Jersey
Zip: 08901
Phone: (201) 577-5175
Email: chris.carton@bowmanandbrooke.com

Date of Admission to the Southern District of NY: 10/30/2018

Requesting: [✓] Certificate  [ ] Wall Certificate

Signature of Attorney: *Christopher R. Carton*

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]