**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WWW.NYSD.USCOURTS.GOV**
**500 PEARL STREET, NEW YORK, NY 10007**
**300 QUARROPAS STREET, WHITE PLAINS, NY 10601**

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

## File this request form in

## miscellaneous case number 1:22-mc-2

### ATTORNEY INFORMATION

Full Name:_____SDNY Bar Code:_____

Firm/Company Name:_____

Address:_____

City:_____State_____Zip:_____

Phone: (     ) _____----_____Email:_____

Date of Admission to the Southern District of NY     :_____

Requesting:          Certificate          Wall Certificate

Signature of Attorney:_____[signature]_____

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request.  If you need assistance with filing this document, see our website for further instructions.