UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: Ann Jernow
SDNY Bar Code: 5260153
Firm/Company Name: Sterlington PLLC
Address: 228 Park Ave. S.
City: New York      State: NY      Zip: 10003
Phone: (332) 910-5742      Email: ajernow@sterlington.net
Date of Admission to the Southern District of NY: August 23, 2022

Requesting: ✔ Certificate   ☐ Wall Certificate

Signature of Attorney: [signed]

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]