UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

The Fee for a Certificate is $19.00

## ATTORNEY INFORMATION

Full Name: Samuel Weiss       SDNY Bar Code: 5650601
Firm/Company Name: Mound Cotton Wollan & Greengrass LLP
Address: One New York Plaza, Floor 45
City: New York       State: NY       Zip: 10004
Phone: (212) 804-4528   Email: sweiss@moundcotton.com
Date of Admission to the Southern District of NY: February 12, 2019
Requesting: [✓] Certificate   [ ] Wall Certificate
Signature of Attorney: /s/
Name of Attorney's Designee (If applicable): _____

DIRECTIONS:

Return the original completed request form and $19.00** fee:

(1) by mail, together with a self-addressed stamped envelope to the Court at either address noted above; or

(2) in person (by the attorney or the attorney's designee) to the Clerk's Office at either courthouse noted above.

**Checks should be made payable to the Clerk of Court for the Southern District of New York

[PRINT]