**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601**

## REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: James Joseph Sawczyn           SDNY Bar Code: JS4062

Firm/Company Name: Epstein Becker & Green, P.C.

Address: One Gateway Center

City: Newark           State: New Jersey           Zip: 07102

Phone: (973) 848-7728           Email: jsawczyn@ebglaw.com

Date of Admission to the Southern District of NY: August 30, 2016

Requesting:    ☑ Certificate        ☐ Wall Certificate

Signature of Attorney: *James J. Sawczyn*

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

PRINT