UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING
# OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: Gerard Douglas O'Shea          SDNY Bar Code: GO0867

Firm/Company Name: Cooley LLP

Address: 55 Hudson Yards

City: New York     State: NY     Zip: 10001-2157

Phone: (212) 479-6000     Email: goshea@cooley.com

Date of Admission to the Southern District of NY: 12/02/2010

Requesting:   ☑ Certificate     ☐ Wall Certificate

Signature of Attorney:     /s/ Gerard Douglas O'Shea

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

PRINT