**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

## REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: SHAN CHEN         SDNY Bar Code: 5770573

Firm/Company Name: Mazzola Lindstrom LLP

Address: 1350 Avenue of the Americas, 2FL

City: New York     State: NY     Zip: 10019

Phone: (347) 652-9046     Email: shanjessicachen@gmail.com

Date of Admission to the Southern District of NY: 05/25/2021

Requesting:  ☑ Certificate     ☐ Wall Certificate

Signature of Attorney: *[signed]*

New info: Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]