**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: Kajal Jatin Patel          SDNY Bar Code: 5830062

Firm/Company Name: Methfessel & Werbel

Address: 2025 Lincoln Highway, Suite 200

City: Edison          State: NJ          Zip: 08818

Phone: (732) 248-4200          Email: kpatel@methwerb.com

Date of Admission to the Southern District of NY : 6/14/22

Requesting:  [✓] Certificate     [ ] Wall Certificate

Signature of Attorney: /s/ Kajal Patel

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]