UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING
# OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: Amanda Tuminelli          SDNY Bar Code: AT2588

Firm/Company Name: Kobre & Kim

Address: 800 Third Avenue

City: New York          State: New York          Zip: 10022

Phone: (212) 488-1284          Email: amanda.tuminelli@kobrekim.com

Date of Admission to the Southern District of NY: 06/17/2014

Requesting:   ☑ Certificate     ☐ Wall Certificate

Signature of Attorney: Amanda Tuminelli

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[ PRINT ]