UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

## REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

### File this request form in

### miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: Matthew W. Tieman        SDNY Bar Code: 5682273

Firm/Company Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas

City: New York        State: NY        Zip: 10019

Phone: (720) 440-1936    Email: mtieman@paulweiss.com

Date of Admission to the Southern District of NY: 06/25/2019

Requesting:    [✓] Certificate        [ ] Wall Certificate

Signature of Attorney: _[signature]_

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]