UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

File this request form in

miscellaneous case number 1:22-mc-2

**ATTORNEY INFORMATION**

Full Name: Joshua Laurence Milrad  SDNY Bar Code: JM2105

Firm/Company Name: Goldberg Segalla, LLP

Address: 100 Pearl Street, Suite 1100

City: Hartford  State: Connecticut  Zip: 06103

Phone: (203) 675 - 5735  Email: jmilrad@goldbergsegalla.com

Date of Admission to the Southern District of NY: 4/29/1996

Requesting:  ☑ Certificate    ☐ Wall Certificate

Signature of Attorney: /s/ Joshua Milrad

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

**PRINT**